UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>  v.                            )<br>)<br>PHILIP R. BENINATI, et al.,     )<br>)<br>        Defendants.   )  | Case No. 1:06-CV-11296-NMG<br><br>Judge Nathaniel M. Gorton |

## JUDGMENT

In accordance with the memorandum and order of the district court entered August 9, 2010, granting the plaintiff's motion for summary judgment, it is

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the plaintiff, United States of America, and against defendants, Philip R. Beninati and Ninfa M. Beninati jointly and severally, for unpaid federal income tax liabilities for the tax periods ending December 31, 1985, December 31, 1986, and December 31, 1988, in the amount of $553,505, plus interest accruing from April 2, 2010, at the rates provided under Section 6621 of the Internal Revenue Code as specified in 28 U.S.C. § 1961(c)(1); and, IT IS FURTHER

ORDERED, ADJUDGED, and DECREED, that the liabilities set forth in this judgment are excepted from the discharge granted to the defendants on August 27, 2007, in their personal bankruptcy, case no. 06-41987 (U.S.B.C. D. Mass.) (Filed 9/28/06).

DONE and ORDERED at Boston, Massachusetts, this 11th day of August 2010.

                                                      SARAH ALLISON THORNTON
                                                      Clerk of Court


                                                      By:  /s/Craig J. Nicewicz
                                                           Deputy Clerk